A. Michael Weber (AW-8760)
Sara D. Sheinkin (SS-9719)
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA MUHLEISEN,<br><br>        Plaintiff,<br><br>    -against-<br><br>WEAR ME APPAREL LLC,<br><br>        Defendant. | Index No. 07 CIV 8748 (NRB)<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>**Electronically Filed** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wear Me Apparel LLC, through the undersigned counsel of record, hereby states that it has no parent corporations and that there is no publicly held company that owns 10% or more of its stock.

Date:  November 20, 2007
         New York, New York

                                                  /s Sara D. Sheinkin
                                      A. Michael Weber (AW-8760)
                                      Sara Danielle Sheinkin (SS-9719)
                                      LITTLER MENDELSON
                                          A Professional Corporation
                                      885 Third Avenue, 16th Floor
                                      New York, NY  10022.4834
                                      212.583.9600

                                      Attorneys for Defendant