A. Michael Weber (AW-8760)
Sara D. Sheinkin (SS-9719)
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA MUHLEISEN, | Index No. 07 CIV 8748 (NRB) |
| Plaintiff, | |
| -against- | **CERTIFICATE OF SERVICE** |
| WEAR ME APPAREL LLC, | **Electronically Filed** |
| Defendant. | |

     Sara Sheinkin, of full age, hereby certifies as follows:

     1.    I am an attorney with the law firm of Littler Mendelson, P.C., counsel for Defendant Wear Me Apparel LLC, in the above-captioned action.  I am familiar with the facts set forth in this Certification.

     2.    On November 20, 2007, I served plaintiff with a true and complete copy of Defendant's Rule 7.1 Corporate Disclosure Statement and Defendant's Answer, via First Class Mail, by causing said documents to be placed into a sealed envelope with postage affixed thereon into an official depository under the exclusive care and custody of the United States Postal Service, and sent to:

                            Paul Castronovo, Esq.
                            80 Broad Street
                            5th Floor
                            New York, NY 10004

3. I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: November 19, 2007
New York, New York

/s Sara Sheinkin
Sara D. Sheinkin (SS-9719)