

**LITTLER MENDELSON**
A PROFESSIONAL CORPORATION

November 28, 2007

Sara Danielle Sheinkin
Direct: (212) 583-2689
Direct Fax: (646) 304-6821
ssheinkin@littler.com



MEMO ENDORSED

**VIA FACSIMILE [212.805.7927]**

The Honorable Judge Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 2270
New York, NY 10007

Re: *Muhleisen v. Wear Me Apparel, LLC*
Case No. 07 Civ. 8748

Dear Judge Buchwald:

We are counsel for defendant in the above-referenced action. We write to request that the initial court conference in this matter, scheduled for December 3, 2007, be adjourned to a later date.

We make this request because Michael Weber, lead counsel for defendant in this matter, and I are unavailable on the scheduled date. Plaintiff consents to this adjournment. Both parties are available anytime on December 11, 12, and 20, 2007. Counsel are also available on December 13, 2007, prior to 12:00 p.m.

We thank you for your consideration in this matter.

Sincerely,

Sara Danielle Sheinkin (SS-9719)

cc: Paul Castronovo (via facsimile)

*[Handwritten endorsement:] The conference is adjourned until December 11, 2007 at 2:30 p.m.*
*[Signed] 11/29/07 USDJ*

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM
885 Third Avenue, New York, New York 10022.4834  Tel: 212.583.9600  Fax: 212.832.2719  www.littler.com