# PAUL CASTRONOVO, LLC

February 26, 2008

**BY ECF AND REGULAR MAIL**
Hon. Naomi R. Buchwald, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

    Re:    Muhleisen v. Wear Me Apparel
             Civil Action No. 07-8748 (NRB)

Dear Judge Buchwald:

      Defendant's responses to Plaintiff's Interrogatories and Notice to Produce were originally due on January 28, 2008. The Court's Scheduling Order required all written discovery to be exchanged by January 31st. Plaintiff provided all written discovery responses and documents to Defendant on January 24th. Defendant later requested a two-week extension until February 11th to respond and Plaintiff consented. Defendant then sought another extension to February 18th. To date, I have not received the requested discovery despite several communications with defense counsel asking for the discovery.

      Accordingly, Plaintiff seeks a telephone conference to resolve this matter. Thank you.

                                Very truly yours,

                                PAUL CASTRONOVO

cc:    Michael Weber, Esq.