USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

# PAUL CASTRONOVO, LLC

April 24, 2008

**MEMO ENDORSED**

Hon. Naomi R. Buchwald, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

APR 25 2008

UNITED STATES DISTRICT JUDGE

Re: Muhleisen v. Wear Me Apparel
Civil Action No. 07-8748 (NRB)

Dear Judge Buchwald:

This is the status letter by April 28th that the court requested at the initial scheduling conference. The Court set April 30, 2008 as the deadline to complete all fact depositions. After consulting with defense counsel, the parties jointly request an extension to June 30th to complete depositions. *[Application granted.]*

To date, the parties have answered interrogatories and provided documents. Defendant still seeks Plaintiff's medical records which it has subpoenaed for May 7, 2008. Defense counsel, Sara Sheinkin, informed me that Defendant intends to take Plaintiff's deposition and her husband's deposition in late May after it receives these medical records. *[So Ordered.]*

Plaintiff and Defendant have a dispute over an Asset Purchase Agreement that Plaintiff sought as well as an Information Technology agent deposition that Plaintiff noticed for May 5, 2008. The parties are still conferring on this discovery disagreement, therefore, the Court's intervention is unnecessary at this point.

*5/1/08*

Plaintiff also will take the depositions of Jason Rabin, Ron Murray, Mark McLaughlin, and Artie Rabin. Each is an employee of Defendant. Plaintiff expects to subpoena Orly Goldstein and Stephanie Marusa for deposition. Plaintiff expects to complete these depositions by June 30th.

Very truly yours,

*Paul Castronovo*

PAUL CASTRONOVO

cc: Sara Sheinkin, Esq.

Paul Castronovo, LLC - Attorney at Law
90 Washington Valley Road, Bedminster, NJ 07921
(908) 719-8888